834

No. 88–7377.   YANG v. ESTELLE, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 88–7378.   WILLIAMS v. SHEFFIELD, SUPERINTENDENT, DADE CORRECTIONAL INSTITUTION, ET AL.   C. A. 11th Cir. Certiorari denied.

No. 88–7379.   MCNAIR v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–7382.   CRUZ v. GUAM.   C. A. 9th Cir.   Certiorari denied.

No. 88–7383.   BRACK-BRACK v. UNITED STATES;
No. 88–7385.   TELLEZ-MOLINA v. UNITED STATES;
No. 88–7386.   DIAZ-ZABALETA v. UNITED STATES;
No. 88–7391.   AURELA-ZUNIGA v. UNITED STATES; and
No. 88–7397.   MENA v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.   Reported below: 863 F. 2d 1522.

No. 88–7395.   BROADNAX v. ILLINOIS.   App. Ct. Ill., 2d Dist. Certiorari denied.

No. 88–7400.   MARIN v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 88–7402.   LAWSON v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 88–7403.   ALEXANDRAPOLOUS v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 88–7405.   KARRAS v. SOUTH DAKOTA.   Sup. Ct. S. D. Certiorari denied.

No. 88–7406.   FISHER v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 88–7407.   MONTOYA v. BROTHERHOOD OF LOCOMOTIVE ENGINEERS; and MONTOYA v. UNION PACIFIC RAILROAD CO.   C. A. 10th Cir.   Certiorari denied.

No. 88–7411.   WRIGHT v. WASHINGTON, WARDEN, ET AL. C. A. 7th Cir.   Certiorari denied.